JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. AMARAL, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> CITIGROUP, INC. DBA ) <br> CITIBANK, A NEW YORK ) <br> CORPORATION; BANK OF ) <br> AMERICA, A NORTH ) <br> CAROLINA CORPORATION; ) <br> DISCOVER CARD FINANCIAL ) <br> SERVICES CORPORATION, A ) <br> DELAWARE CORPORATION; ) <br> HSBC, A NEW YORK ) <br> CORPORATION; CAPITAL ) <br> ONE, A VIRGINIA ) <br> CORPORATION; J.P. MORGAN ) <br> CHASE, INC., A NEW YORK ) <br> CORPORATION; U.S. BANK, ) <br> A MINNESOTA CORPORATION; ) <br> DOES 1 THROUGH 100, ) <br> INCLUSIVE, ) <br> ) <br>         Defendants. ) <br> _____) | Case No. EDCV 13-00088-VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is

1 | DISMISSED WITHOUT PREJUDICE.  The Court orders that such
2 | judgment be entered.
3
4
5 | Dated:  June 18, 2013
6 | VIRGINIA A. PHILLIPS
    United States District Judge

2